# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Lezah P Brown-Ellington | § | Case No. 14-10488 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/24/2014 . The undersigned trustee was appointed on 03/24/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $    17,376.89

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1,449.00 |
| Bank service fees | 402.78 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 15,525.11 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 10/24/2014 and the deadline for filing governmental claims was 10/24/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,487.69 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,487.69 , for a total compensation of $ 2,487.69 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 6.90 , for total expenses of $ 6.90 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/08/2016       By:/s/Joji Takada, Chapter 7 Trustee
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-10488 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Lezah P Brown-Ellington | | | | Date Filed (f) or Converted (c): | 03/24/2014 (f) |
| | | | | | 341(a) Meeting Date: | 05/01/2014 |
| For Period Ending: | 06/08/2016 | | | | Claims Bar Date: | 10/24/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential Rental Property Location: 215 Reitan Rd Normal, | 211,832.00 | 26,427.00 | | 0.00 | FA |
| 2. Residential Rental Property Location: 1408 W 72Nd Pl Chicago | 121,554.00 | 8,539.00 | | 0.00 | FA |
| 3. Cash Location: 717 Rebecca Lane, Bolingbrook Il 60440 | 5.00 | 0.00 | | 0.00 | FA |
| 4. Credit Union 1 Checking Account Xxx7280 Location: Bolingbroo | 500.00 | 0.00 | | 0.00 | FA |
| 5. Secuity Deposit Location: 717 Rebecca Lane, Bolingbrook Il 6 | 750.00 | 0.00 | | 0.00 | FA |
| 6. Sofa, Couch, Kitchen Taqble Chairs, Furniture, Appliances, T | 200.00 | 0.00 | | 0.00 | FA |
| 7. Necessary Wearing Apparel Location: 717 Rebecca Lane, Boling | 50.00 | 0.00 | | 0.00 | FA |
| 8. Costume Jewelry | 5.00 | 5.00 | | 0.00 | FA |
| 9. 401K Tiaa Cref Location: 717 Rebecca Lane, Bolingbrook Il 60 | 13,000.00 | 0.00 | | 0.00 | FA |
| 10. 401K Fidelity Location: 717 Rebecca Lane, Bolingbrook Il 604 | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Federal State Tax Refund Location: 717 Rebecca Lane, Bolingb | 1,500.00 | 55.00 | | 0.00 | FA |
| 12. 2007 Hyundai Santa Fe-V6 Location: 717 Rebecca Lane, Bolingb | 3,500.00 | 0.00 | | 0.00 | FA |
| 13. Rent Income (u)  Rental income re Normal, Illinois property | 0.00 | 5,000.00 | | 17,376.89 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

| | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $354,896.00 | $40,026.00 | | $17,376.89 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Collecting post-petition rents re: rental property in Normal, Illinois. - Joji Takada 11/30/2014

Collecting post-petition rents re: rental property in Normal, Illinois. - Joji Takada 4/1/2015

Abandoned rental real estate; Accountant hired; Tax returns in process. - Joji Takada 7/30/2015

Tax returns filed; Waiting for prompt determination. - Joji Takada 9/2/2015

TFR in process. - Joji Takada 12/22/2015

Initial Projected Date of Final Report (TFR): 03/24/2015    Current Projected Date of Final Report (TFR): 12/31/2016

Exhibit A

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-10488 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Lezah P Brown-Ellington | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0015 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3783 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/08/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8260 | Transfer of Funds | 9999-000 | $11,616.09 | | $11,616.09 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $11,606.09 |
| 02/10/15 | 13 | Class Act Realty | Post Petition Rent Proceeds Rents from Normal, Illinois rental property | 1222-000 | $1,030.79 | | $12,636.88 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.52 | $12,620.36 |
| 03/25/15 | 13 | Class Act Realty | Post Petition Rent Proceeds Rental payment re Bloomington real estate | 1222-000 | $3,105.80 | | $15,726.16 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.80 | $15,706.36 |
| 04/28/15 | 13 | Class Act Realty | Post Petition Rent Proceeds Rent payment re Normal, Illinois rental property | 1222-000 | $1,555.00 | | $17,261.36 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.82 | $17,238.54 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.63 | $17,212.91 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.76 | $17,188.15 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.55 | $17,162.60 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.52 | $17,137.08 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.66 | $17,112.42 |

Page Subtotals: $17,307.68    $195.26

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-10488 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Lezah P Brown-Ellington | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0015 |
| | Checking |
| Taxpayer ID No: XX-XXX3783 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/08/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/12/15 | 1001 | United States Treasury c/o Internal Revenue Service Cincinnati, Ohio 45999 | Income Tax Estate income tax payment to Internal Revenue Service | 2810-000 | | $698.00 | $16,414.42 |
| 10/12/15 | 1002 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Income Tax Estate income tax payment to State of Illinois | 2820-000 | | $751.00 | $15,663.42 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.64 | $15,638.78 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.50 | $15,616.28 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.22 | $15,593.06 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.18 | $15,569.88 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.65 | $15,548.23 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.12 | $15,525.11 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $17,307.68 | $1,782.57 |
| Less: Bank Transfers/CD's | $11,616.09 | $0.00 |
| Subtotal | $5,691.59 | $1,782.57 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,691.59 | $1,782.57 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $1,587.31 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-10488  
Case Name: Lezah P Brown-Ellington  
Taxpayer ID No: XX-XXX3783  
For Period Ending: 06/08/2016  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX8260  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/18/14 | 13 | Class Act Realty | Post Petition Rent Proceeds Rental property in Normal, IL | 1222-000 | $1,568.80 | | $1,568.80 |
| 07/18/14 | 13 | Class Act Realty | Post Petition Rent Proceeds Rental property in Normal, IL | 1222-000 | $1,493.00 | | $3,061.80 |
| 07/18/14 | 13 | Class Act Realty | Post Petition Rent Proceeds Rental property in Normal, IL | 1222-000 | $1,510.80 | | $4,572.60 |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,562.60 |
| 08/22/14 | 13 | Class Act Realty | Post Petition Rent Proceeds Rental income re rental property in Normal, IL | 1222-000 | $1,530.00 | | $6,092.60 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,082.60 |
| 10/02/14 | 13 | Class Act Realty | Post Petition Rent Proceeds Owner draw re: rental property in Normal, IL | 1222-000 | $1,398.80 | | $7,481.40 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,471.40 |
| 10/22/14 | 13 | Class Act Realty | Post Petition Rent Proceeds Rental property in Normal, IL | 1222-000 | $1,567.00 | | $9,038.40 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.15 | $9,027.25 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.99 | $9,014.26 |
| 12/11/14 | 13 | Class Act Realty | Post Petition Rent Proceeds Rent from Normal, IL rental property | 1222-000 | $1,548.80 | | $10,563.06 |
| 12/19/14 | 13 | Class Act Realty | Post Petition Rent Proceeds Owner draw re: rental property in Normal, IL | 1222-000 | $1,068.10 | | $11,631.16 |

Page Subtotals: $11,685.30    $54.14

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD    Exhibit B

Case No: 14-10488  
Case Name: Lezah P Brown-Ellington  
Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX8260  
Checking  
Taxpayer ID No: XX-XXX3783  
Blanket Bond (per case limit): $5,000,000.00  
For Period Ending: 06/08/2016  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.07 | $11,616.09 |
| 01/26/15 | | Transfer to Acct # xxxxxx0015 | Transfer of Funds | 9999-000 | | $11,616.09 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $11,685.30 | $11,685.30 |
| Less: Bank Transfers/CD's | $0.00 | $11,616.09 |
| Subtotal | $11,685.30 | $69.21 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,685.30 | $69.21 |

Page Subtotals:    $0.00    $11,631.16

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0015 - Checking | $5,691.59 | $1,782.57 | $15,525.11 |
| XXXXXX8260 - Checking | $11,685.30 | $69.21 | $0.00 |
|  | $17,376.89 | $1,851.78 | $15,525.11 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $17,376.89 |
| Total Gross Receipts: | $17,376.89 |

Page Subtotals:            $0.00        $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-10488  
Debtor Name: Lezah P Brown-Ellington  
Claims Bar Date: 10/24/2014  

Date: June 8, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $2,487.69 | $2,487.69 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $6.90 | $6.90 |
| 100 2810 | United States Treasury<br>Internal Revenue Service<br>Cincinnati, Ohio 45999 | Administrative | | $0.00 | $0.00 | $698.00 |
| 100 2820 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, Illinois 62794-9053 | Administrative | | $0.00 | $0.00 | $751.00 |
| 100 3410 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $797.50 | $797.50 |
| 1 300 7100 | Capital One Bank (Usa) N. A.<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $4,570.00 | $5,177.01 | $5,177.01 |
| 2 300 7100 | Us Dept Of Education<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53704-8973 | Unsecured | | $116,874.00 | $129,355.37 | $129,355.37 |
| | Case Totals | | | $121,444.00 | $137,824.47 | $139,273.47 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-10488
Case Name: Lezah P Brown-Ellington
Trustee Name: Joji Takada, Chapter 7 Trustee

| Balance on hand | $ | 15,525.11 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 2,487.69 | $ 0.00 | $ 2,487.69 |
| Trustee Expenses: Joji Takada | $ 6.90 | $ 0.00 | $ 6.90 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 797.50 | $ 0.00 | $ 797.50 |
| Other: Illinois Department of Revenue | $ 751.00 | $ 751.00 | $ 0.00 |
| Other: United States Treasury | $ 698.00 | $ 698.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    3,292.09

Remaining Balance    $    12,233.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 134,532.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (Usa) N. A. | $ 5,177.01 | $ 0.00 | $ 470.75 |
| 2 | Us Dept Of Education | $ 129,355.37 | $ 0.00 | $ 11,762.27 |
| | Total to be paid to timely general unsecured creditors | | | $ 12,233.02 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE