**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.: 14-10488 |
| | ) | |
| LEZAH BROWN-ELLINGTON, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Honorable Bruce W. Black |
| | ) | (Joliet) |
| | ) | |

**CERTIFICATE OF SERVICE**

To:   See attached Service List

I, the undersigned attorney, certify that I served a copy of **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** upon the person(s) listed above by mailing the same by First Class U.S. Mail at Chicago, Illinois on the date set forth below, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid documents with the Clerk of the Bankruptcy Court through the CM/ECF system.

Dated:   7/26/2016                    _/s/ Joji Takada_
                                       Bankruptcy Trustee

Prepared by:

Joji Takada
TAKADA LAW OFFICE, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

**SERVICE LIST**

- Kenneth W Bach    kennethb@johnsonblumberg.com, bkecfnotices@johnsonblumberg.com
- Michael Dimand    mdimand@aol.com, bankruptcyfilings@wirbickilaw.com
- Thomas Lageotakes    thomas@lageotakeslaw.com, thomas.lageotakes@gmail.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Andrew J Nelson    anelson@atty-pierce.com, northerndistrict@atty-pierce.com
- Dana N O'Brien    dana.obrien@pierceservices.com, northerndistrict@atty-pierce.com;veronica.frausto@pierceservices.com

| | | |
|---|---|---|
| Capital One Bank (USA), N.A. | US DEPT OF EDUCATION | Lezah P Brown-Ellington |
| by American InfoSource LP | CLAIMS FILING UNIT | 717 Rebecca Lane |
| PO Box 71083 | PO BOX 8973 | Bolingbrook, IL 60440 |
| Charlotte, NC 28272-1083 | MADISON, WI 53704-8973 | |