UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
Lezah P Brown-Ellington § Case No. 14-10488
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 333,446.00         Assets Exempt: 21,450.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 12,233.02    Claims Discharged
                                               Without Payment: 552,867.77

Total Expenses of Administration: 5,143.87

3) Total gross receipts of $ 17,376.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 17,376.89 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 298,420.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,694.87 | 5,143.87 | 5,143.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 253,592.41 | 134,532.38 | 134,532.38 | 12,233.02 |
| **TOTAL DISBURSEMENTS** | $ 552,012.41 | $ 138,227.25 | $ 139,676.25 | $ 17,376.89 |

4) This case was originally filed under chapter 7 on 03/24/2014 . The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2017            By:/s/Joji Takada, Chapter 7 Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rent Income | 1222-000 | 17,376.89 |
| **TOTAL GROSS RECEIPTS** | | **$ 17,376.89** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Attn: Unit/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 | | 113,015.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag Po Box 10335 Des Moines, IA 50306 | | 185,405.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 298,420.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 2,487.69 | 2,487.69 | 2,487.69 |
| Joji Takada | 2200-000 | NA | 6.90 | 6.90 | 6.90 |
| Associated Bank | 2600-000 | NA | 333.57 | 333.57 | 333.57 |
| The Bank of New York Mellon | 2600-000 | NA | 69.21 | 69.21 | 69.21 |
| United States Treasury | 2810-000 | NA | 0.00 | 698.00 | 698.00 |
| Illinois Department of Revenue | 2820-000 | NA | 0.00 | 751.00 | 751.00 |
| Callero and Callero LLP | 3410-000 | NA | 797.50 | 797.50 | 797.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,694.87 | $ 5,143.87 | $ 5,143.87 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Campus Product & Services PO Box 7060 Utica, NY 13504-7060 | | 10,704.41 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 4,570.00 | NA | NA | 0.00 |
| | Us Dept Of Ed/glelsi Po Box 7860 Madison, WI 53707 | | 116,874.00 | NA | NA | 0.00 |
| 1 | Capital One Bank (Usa) N. A. | 7100-000 | 4,570.00 | 5,177.01 | 5,177.01 | 470.75 |
| 2 | Us Dept Of Education | 7100-000 | 116,874.00 | 129,355.37 | 129,355.37 | 11,762.27 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 253,592.41 | $ 134,532.38 | $ 134,532.38 | $ 12,233.02 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-10488 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Lezah P Brown-Ellington | | | | Date Filed (f) or Converted (c): | 03/24/2014 (f) |
| | | | | | 341(a) Meeting Date: | 05/01/2014 |
| For Period Ending: | 04/07/2017 | | | | Claims Bar Date: | 10/24/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential Rental Property Location: 215 Reitan Rd Normal, | 211,832.00 | 26,427.00 | | 0.00 | FA |
| 2. Residential Rental Property Location: 1408 W 72Nd Pl Chicago | 121,554.00 | 8,539.00 | | 0.00 | FA |
| 3. Cash Location: 717 Rebecca Lane, Bolingbrook Il 60440 | 5.00 | 0.00 | | 0.00 | FA |
| 4. Credit Union 1 Checking Account Xxx7280 Location: Bolingbroo | 500.00 | 0.00 | | 0.00 | FA |
| 5. Secuity Deposit Location: 717 Rebecca Lane, Bolingbrook Il 6 | 750.00 | 0.00 | | 0.00 | FA |
| 6. Sofa, Couch, Kitchen Taqble Chairs, Furniture, Appliances, T | 200.00 | 0.00 | | 0.00 | FA |
| 7. Necessary Wearing Apparel Location: 717 Rebecca Lane, Boling | 50.00 | 0.00 | | 0.00 | FA |
| 8. Costume Jewelry | 5.00 | 5.00 | | 0.00 | FA |
| 9. 401K Tiaa Cref Location: 717 Rebecca Lane, Bolingbrook Il 60 | 13,000.00 | 0.00 | | 0.00 | FA |
| 10. 401K Fidelity Location: 717 Rebecca Lane, Bolingbrook Il 604 | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Federal State Tax Refund Location: 717 Rebecca Lane, Bolingb | 1,500.00 | 55.00 | | 0.00 | FA |
| 12. 2007 Hyundai Santa Fe-V6 Location: 717 Rebecca Lane, Bolingb | 3,500.00 | 0.00 | | 0.00 | FA |
| 13. Rent Income (u) Rental income re Normal, Illinois property | 0.00 | 5,000.00 | | 17,376.89 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $354,896.00 | $40,026.00 | | $17,376.89 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

Collecting post-petition rents re: rental property in Normal, Illinois. - Joji Takada 11/30/2014

Collecting post-petition rents re: rental property in Normal, Illinois. -  Joji Takada 4/1/2015

Abandoned rental real estate; Accountant hired; Tax returns in process. - Joji Takada 7/30/2015

Tax returns filed; Waiting for prompt determination.  - Joji Takada 9/2/2015

TFR in process.  - Joji Takada 12/22/2015

TFR approved; Distribution checks issued. - Joji Takada 7/25/2016

TDR in process. - Joji Takada 12/5/2016


Initial Projected Date of Final Report (TFR): 03/24/2015        Current Projected Date of Final Report (TFR): 12/31/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 14-10488 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Lezah P Brown-Ellington | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0015 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3783 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/07/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8260 | Transfer of Funds | 9999-000 | $11,616.09 | | $11,616.09 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $11,606.09 |
| 02/10/15 | 13 | Class Act Realty | Post Petition Rent Proceeds Rents from Normal, Illinois rental property | 1222-000 | $1,030.79 | | $12,636.88 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.52 | $12,620.36 |
| 03/25/15 | 13 | Class Act Realty | Post Petition Rent Proceeds Rental payment re Bloomington real estate | 1222-000 | $3,105.80 | | $15,726.16 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.80 | $15,706.36 |
| 04/28/15 | 13 | Class Act Realty | Post Petition Rent Proceeds Rent payment re Normal, Illinois rental property | 1222-000 | $1,555.00 | | $17,261.36 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.82 | $17,238.54 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.63 | $17,212.91 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.76 | $17,188.15 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.55 | $17,162.60 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.52 | $17,137.08 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.66 | $17,112.42 |
| | | | Page Subtotals: | | $17,307.68 | $195.26 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-10488 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Lezah P Brown-Ellington | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0015 |
| | Checking |
| Taxpayer ID No: XX-XXX3783 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/12/15 | 1001 | United States Treasury c/o Internal Revenue Service Cincinnati, Ohio 45999 | Income Tax Estate income tax payment to Internal Revenue Service | 2810-000 | | $698.00 | $16,414.42 |
| 10/12/15 | 1002 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Income Tax Estate income tax payment to State of Illinois | 2820-000 | | $751.00 | $15,663.42 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.64 | $15,638.78 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.50 | $15,616.28 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.22 | $15,593.06 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.18 | $15,569.88 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.65 | $15,548.23 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.12 | $15,525.11 |
| 08/30/16 | 1003 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $2,487.69 | $13,037.42 |
| 08/30/16 | 1004 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $6.90 | $13,030.52 |
| 08/30/16 | 1005 | Callero and Callero LLP 7800 North Milwaukee Avenue Niles, Illinois 60714 Attn: Ryan Matsui | Final distribution per court order. | 3410-000 | | $797.50 | $12,233.02 |

Page Subtotals: $0.00  $4,879.40

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-10488  
Case Name: Lezah P Brown-Ellington  
Taxpayer ID No: XX-XXX3783  
For Period Ending: 04/07/2017  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0015  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/16 | 1006 | Capital One Bank (Usa) N. A.<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution per court order. | 7100-000 | | $470.75 | $11,762.27 |
| 08/30/16 | 1007 | Us Dept Of Education<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53704-8973 | Final distribution per court order. | 7100-000 | | $11,762.27 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $17,307.68 | $17,307.68 |
| Less: Bank Transfers/CD's | $11,616.09 | $0.00 |
| Subtotal | $5,691.59 | $17,307.68 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,691.59 | $17,307.68 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page Subtotals: $0.00 $12,233.02

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-10488 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Lezah P Brown-Ellington | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8260 |
| | Checking |
| Taxpayer ID No: XX-XXX3783 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/18/14 | 13 | Class Act Realty | Post Petition Rent Proceeds Rental property in Normal, IL | 1222-000 | $1,568.80 | | $1,568.80 |
| 07/18/14 | 13 | Class Act Realty | Post Petition Rent Proceeds Rental property in Normal, IL | 1222-000 | $1,493.00 | | $3,061.80 |
| 07/18/14 | 13 | Class Act Realty | Post Petition Rent Proceeds Rental property in Normal, IL | 1222-000 | $1,510.80 | | $4,572.60 |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,562.60 |
| 08/22/14 | 13 | Class Act Realty | Post Petition Rent Proceeds Rental income re rental property in Normal, IL | 1222-000 | $1,530.00 | | $6,092.60 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,082.60 |
| 10/02/14 | 13 | Class Act Realty | Post Petition Rent Proceeds Owner draw re: rental property in Normal, IL | 1222-000 | $1,398.80 | | $7,481.40 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,471.40 |
| 10/22/14 | 13 | Class Act Realty | Post Petition Rent Proceeds Rental property in Normal, IL | 1222-000 | $1,567.00 | | $9,038.40 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.15 | $9,027.25 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.99 | $9,014.26 |
| 12/11/14 | 13 | Class Act Realty | Post Petition Rent Proceeds Rent from Normal, IL rental property | 1222-000 | $1,548.80 | | $10,563.06 |
| 12/19/14 | 13 | Class Act Realty | Post Petition Rent Proceeds Owner draw re: rental property in Normal, IL | 1222-000 | $1,068.10 | | $11,631.16 |

| | Page Subtotals: | $11,685.30 | $54.14 |
|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-10488 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Lezah P Brown-Ellington | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8260 |
| | Checking |
| Taxpayer ID No: XX-XXX3783 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.07 | $11,616.09 |
| 01/26/15 | | Transfer to Acct # xxxxxx0015 | Transfer of Funds | 9999-000 | | $11,616.09 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $11,685.30 | $11,685.30 |
| Less: Bank Transfers/CD's | $0.00 | $11,616.09 |
| Subtotal | $11,685.30 | $69.21 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,685.30 | $69.21 |

Page Subtotals: $0.00    $11,631.16

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0015 - Checking | $5,691.59 | $17,307.68 | $0.00 |
| XXXXXX8260 - Checking | $11,685.30 | $69.21 | $0.00 |
|  | $17,376.89 | $17,376.89 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $17,376.89 |
| Total Gross Receipts: | $17,376.89 |

Page Subtotals:   $0.00   $0.00